UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ARI BENCHOCRON and RAUL ESTEVEZ on behalf of herself and all other similarly situated consumers.

                Plaintiff,

Index# 1:17-cv-01595

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

-against-

UNITED COLLECTION BUREAU INC

                Defendant.

---

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiffs and Plaintiffs' attorneys, that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated: Brooklyn, New York
       May 29th, 2017

                                  /s/ Igor Litvak
                                  Igor Litvak, Esq.
                                  The Litvak Law Firm, PLLC
                                  Attorney for the Plaintiff
                                  1701 Avenue P
                                  Brooklyn, New York 11229
                                  Office: (718) 989-2908
                                  Facsimile: (718) 989-2907
                                  E-mail: Igor@LitvakLawNY.com

**Application Granted**
**SO ORDERED**
Brooklyn, New York
Dated: 6/1/17

/s/ USDJ ERIC N. VITALIANO
Eric N. Vitaliano
United States District Judge

The Clerk is directed to close this case.

**Application Granted**
**SO ORDERED**

Brooklyn, New York
Dated: _____

_/s/ Eric N. Vitaliano_
Eric N. Vitaliano
**United States District Judge**